■ EDWARD BRYANT et al., Respondents-Appellants, v CVP I, LLC, et al., Appellants-Respondents. [902 NYS2d 343]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Carol R. Edmead, J.), entered on or about July 24, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 25, 2010, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Mazzarelli, Acosta, DeGrasse and Richter, JJ.